

JEANNTTE J. CLACK
CLERK OF COURT

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

PHILIP J. DEVLIN
CHIEF DEPUTY

**FILED**
JAN 29 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

January 22, 2021

*SENIOR WARDEN MICHAEL BATES*
as to Juan Enriquez, #00227122
C.T. Terrell Unit
1300 FM 655
Rosharon, TX 77583

   RE:   USDC# 5:20-cv-00977-OLG, USCA# 20-50904
   Juan Enriquez v. Bobby Lumpkin, TDCJ Director

I hereby acknowledge receipt of the Appeal Record in the above-referenced case.

_Assist Warden Carl Bursen C.T. Terrell Unit_      _1-26-2021_
Name/Prison Name                                    Date

_1200 FM 655 Rd. Rosharon, TX 77583_
Address

_281-595-3481/ext 302_
Telephone

