# United States Court of Appeals
# for the Fifth Circuit

No. 20-50904

**FILED**

MAR 2 3 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

JUAN ENRIQUEZ,

*Petitioner—Appellant*,

*versus*

BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

*Respondent—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-977 - OLG

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 23, 2021, for want of prosecution. The appellant failed to timely comply with the court's notice of December 2, 2020.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Charles Whitney*

By: _____
Charles B. Whitney, Deputy Clerk

A True Copy
Certified order issued Mar 23, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

ENTERED AT THE DIRECTION OF THE COURT